No. 99–6619.   CRUZ-MENDOZA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–6624.   BROWN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–6632.   STEPHENSON, AKA MCCURVIN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–6697.   NORMINGTON *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 99–414.   HATCH, ATTORNEY GENERAL OF MINNESOTA *v.* MINNESOTA TWINS PARTNERSHIP ET AL.   Sup. Ct. Minn.   Motion of Consumer Federation of America for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 99–455.   SONS *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Motion of petitioner for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.   Certiorari denied.

No. 99–6149.   MORROW *v.* HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Minn.   Motion of petitioner to vacate judgment of the Supreme Court of Minnesota denied.   Certiorari denied.

No. 99–6272 (99A309).   LAMB *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.